1  **OPPENHEIMER WOLFF & DONNELLY LLP**
   Michael H. Kalkstein (State Bar No. 41417)
2  Ben Bedi (State Bar No. 172591)
   Michael Edelman (State Bar No. 180948) ORIGINAL
3  1400 Page Mill Road                     FILED
4  Palo Alto, California  94304
   Telephone:  (650) 320-4000          JUN 27 2001
5
   Attorneys for Plaintiff KLA-TENCOR   RICHARD W. WIEKING
6                                       CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

                    SAN JOSE DIVISION  E-filing **ADR**
10

11                              **CV-01-2489 BZ**

12  KLA-TENCOR CORPORATION, a Delaware    CASE NO.
    corporation,
13                                        **COMPLAINT FOR PATENT**
                   Plaintiff,             **INFRINGEMENT**
14
    vs.
15                                        **DEMAND FOR JURY TRIAL**
    TOKYO SEIMITSU CO., LTD., a Japanese
16  corporation, and TSK AMERICA, INC., a
    Michigan corporation,
17
                   Defendants.
18

19        Plaintiff KLA-TENCOR CORPORATION ("KLA-TENCOR") hereby alleges against

20  Defendants TOKYO SEIMITSU CO., LTD. and TSK AMERICA, INC. as follows:

21                              **PARTIES**

22        1.     KLA-TENCOR is a corporation duly organized and existing under the laws of the

23  State of Delaware, with its principal place of business in San Jose, California.

24        2.     KLA-TENCOR is informed and believes, and thereon alleges, that TOKYO

25  SEIMITSU CO., LTD. ("TOKYO SEIMITSU") is a corporation duly organized and existing under

26  the laws of Japan, with its principal place of business in Tokyo, Japan.

27

28

Complaint

3.      KLA-TENCOR is informed and believes, and thereon alleges, that TSK AMERICA, INC. ("TSK AMERICA") is a corporation duly organized and existing under the laws of Michigan, with its Semiconductor Equipment Sector and Technology Center located in San Jose, California.

## JURISDICTION AND VENUE

4.      This is an action for patent infringement arising under the patent laws of the United States (Title 35 of the United States Code).  Subject matter jurisdiction is proper in this Court under 28 United States Code Sections 1331 and 1338(a).  Venue is proper in the Northern District under 28 United States Code Sections 1391(d) and 1400(b).  In addition, TOKYO SEIMITSU and TSK AMERICA have actively induced and contributed to acts of patent infringement by others in the State of California and in the Northern District of California.

## INTRADISTRICT ASSIGNMENT

5.      Assignment to this division is proper pursuant to Civil L.R. 3-2, as KLA-TENCOR's principal place of business is located in the county of Santa Clara, TSK AMERICA's Semiconductor Equipment Sector and Technology Center is located in the county of Santa Clara, and TOKYO SEIMITSU and TSK AMERICA have sold and offered for sale their infringing products in the county of Santa Clara.

## FIRST CAUSE OF ACTION
## (PATENT INFRINGEMENT)

6.      KLA-TENCOR is the owner of all rights, title, and interest in and to United States Patent No. 4,805,123 ("the '123 Patent"), entitled "Automatic Photomask and Reticle Inspection Method and Apparatus Including Improved Defect Detector and Alignment Sub-Systems."  The '123 Patent issued on February 14, 1989.  A true and correct copy of the '123 Patent is attached to this Complaint as Exhibit A and is incorporated by reference herein.

7.      TOKYO SEIMITSU and TSK AMERICA have been and still are infringing the '123 Patent by manufacturing, offering for sale and/or selling devices, including the WIN-WIN 50 wafer inspection system, which infringe the '123 Patent, and by using the methods covered by the '123 Patent.  TOKYO SEIMITSU and TSK AMERICA will continue to so infringe unless enjoined by

Complaint                                    2

1    this Court.

2       8.     TOKYO SEIMITSU and TSK AMERICA have actively induced infringement of, or

3   contributed to the infringement of, the '123 Patent by manufacturing infringing products and then

4   offering for sale, selling, distributing, advertising and/or marketing those infringing products to

5   others, and will continue to do so unless enjoined by this Court.

6       9.     TOKYO SEIMITSU has also actively induced infringement of the '123 Patent by

7   selling its infringing devices to third parties, who use the infringing methods of those devices to

8   make, or assist in making, their own products and then import or sell those products within the

9   United States in violation of 35 United States Code Section 271(g).

10      10.    Prior to filing this complaint, KLA-TENCOR notified TOKYO SEIMITSU of its

11   infringement of the '123 Patent. TOKYO SEIMITSU has had notice of the infringement of the '123

12   Patent from at least the time of the receipt of the pre-filing notice of infringement.

13      11.    TOKYO SEIMITSU's and TSK AMERICA's infringement of the '123 Patent has

14   been willful, deliberate, and exceptional, and has caused injury to KLA-TENCOR.

15      12.    TOKYO SEIMITSU's and TSK AMERICA's infringement of the '123 Patent is

16   causing, and will continue to cause, irreparable injury to KLA-TENCOR until it is enjoined by this

17   Court.

18      WHEREFORE, KLA-TENCOR prays for judgment against TOKYO SEIMITSU and TSK

19   AMERICA, and requests that this Court:

20      A.     Adjudge the '123 Patent to be infringed by TOKYO SEIMITSU and TSK

21   AMERICA;

22      B.     Preliminarily and permanently enjoin TOKYO SEIMITSU and TSK AMERICA, and

23   those in active concert or participation with them, from continued infringement of the '123 Patent;

24      C.     Order TOKYO SEIMITSU and TSK AMERICA to account to KLA-TENCOR for

25   damages sustained by KLA-TENCOR as a result of their infringement of the '123 Patent, with

26   interest;

27      D.     Order TOKYO SEIMITSU and TSK AMERICA to pay KLA-TENCOR a reasonable

28   royalty to compensate for their infringement;

Complaint                              3

1    E.    Award KLA-TENCOR enhanced damages resulting from TOKYO SEIMITSU's and

2  TSK AMERICA's willful and deliberate infringement;

3    F.    Award KLA-TENCOR its costs, expenses and reasonable attorneys' fees incurred in

4  bringing and prosecuting this action; and

5    G.    Award KLA-TENCOR such other and further relief that the Court may deem just and

6  proper.

7  Dated: June 22, 2001                    OPPENHEIMER WOLFF & DONNELLY LLP

8

9                            By: _____

10                                   Michael H. Kalkstein

11                                   Ben Bedi
                                     Michael Edelman
12                                   Attorneys for Plaintiff KLA-TENCOR

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint                                   4

1

## DEMAND FOR JURY TRIAL

2        KLA-TENCOR hereby demands trial by jury of all issues.

3    Dated: June 27, 2001              OPPENHEIMER WOLFF & DONNELLY LLP

4                                      By: _____

5                                          Michael H. Kalkstein
                                           Ben Bedi
6                                          Michael Edelman
                                           Attorneys for Plaintiff KLA-TENCOR
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint                              5

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3   named parties, there is no such interest to report.

4   Dated: June 27, 2001                    OPPENHEIMER WOLFF & DONNELLY LLP

5
                                            By: _____
6                                                Michael H. Kalkstein
7                                                Ben Bedi
                                                 Michael Edelman
8                                                Attorneys for Plaintiff KLA-TENCOR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint                                        6